**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Destiny Countryman,

        Plaintiff,                    Case No. 25-11339

v.                                  Hon. Jonathan J.C. Grey

Stone Creek Financial Inc.,

        Defendant.

_____/

## <u>ORDER REQUIRING PLAINTIFF TO PROVIDE UPDATED ADDRESS TO THE CLERK AND EXTENDING SUMMONS</u>

On May 7, 2025, pro se Plaintiff Destiny Countryman filed a complaint against Defendant Stone Creek Financial Inc. (ECF No. 1.) On September 16, 2025, the Court extended the time for service, noting that "the period of time during which service must be completed is **EXTENDED** to November 14, 2025." (ECF No. 9, PageID.23.) On September 30, 2025, the summons was issued. (ECF No. 10.)

On December 19, 2025, having received no proof of service, the Court ordered Countryman to file proof of service documents. (ECF No. 12.) That same day, service documents were returned unexecuted due to an insufficient address for Stone Creek Financial Inc. (ECF No. 13.)

For the reasons stated above, **IT IS ORDERED** that Countryman must provide the Clerk's Office with an updated address as to Stone Creek Financial Inc. **on or before March 18, 2026** and submit proof of service documents with the Court, **on or before April 23, 2026.**

**IT IS FURTHER ORDERED** that the summons shall be extended until **April 23, 2026**.

**SO ORDERED.**

Dated:   March 4, 2026                        s/**Jonathan J.C. Grey**
                                              Jonathan J.C. Grey
                                              United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 4, 2026.

s/ **S. Osorio**
Sandra Osorio
Case Manager